No. 99–5263.  JONES v. JONES, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–5264.  MARTINEZ v. LENSING, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 99–5265.  JONES v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 99–5266.  LOERA v. ROE, WARDEN, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 99–5267.  MCCLAIN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 99–5268.  LOSS v. WARD ET AL.; and LOSS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN.  C. A. 6th Cir.  Certiorari denied.  Reported below: 178 F. 3d 1295 (first judgment).

No. 99–5269.  JOHNSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–5270.  MUSGROVE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–5271.  RICHARDSON v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 99–5272.  PURNELL v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–5273.  SCHWYHART v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 99–5274.  STOREY v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 99–5275.  MASUOKA v. HAWAII ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–5276.  SALAZAR v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 99–5277.  SMITH v. LEONBERGER ET AL.  C. A. 7th Cir. Certiorari denied.